| 436P13 | I. Beverly Lake, John B. Lewis, Jr., Everette M. Latta, Porter L. McAteer, Elizabeth S. McAteer, Robert C. Hanes, Blair J. Carpenter, Marilyn L. Futrelle, Franklin E. Davis, James D. Wilson, Benjamin E. Fountain, Jr., Faye Iris Y. Fisher, Steve Fred Blanton, Herbert W. Cooper, Robert C. Hayes, Jr., Stephen B. Jones, Marcellus Buchanan, David B. Barnes, Barbara J. Currie, Connie Savell, Robert B. Kaiser, Joan Atwell, Alice P. Nobles, Bruce B. Jarvis, Roxanna J. Evans, Jean C. Narron, and All Others Similarly Situated v. State Health Plan for Teachers and State Employees, a Corporation, Formerly Known as the North Carolina Teachers and State Employees' Comprehensive Major Medical Plan, Teachers and State Employees' Retirement System of North Carolina, a Corporation, Board of Trustees of the Teachers and State Employees' Retirement System of North Carolina, a Body Politic and Corporate, Janet Cowell, in Her Official Capacity as Treasurer of the State of North Carolina, and the State of North Carolina | 1. Defs' PDR Prior to a Determination of the COA (COA13-1006)<br><br>2. Plts' Motion to Dismiss PDR | 1. Denied<br><br>2. Dismissed as Moot |